**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-7287**

DONALD DOC VAUGHAN, JR.,

Plaintiff - Appellant,

v.

BRANDON RENNER; ANTHONY HUTZLER; R. STRAWDERMAN,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Lydia Kay Griggsby, District Judge.  (1:22-cv-01673-LKG)

Submitted:  April 11, 2024                                     Decided:  April 16, 2024

Before AGEE and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Donald Doc Vaughan, Jr. Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Doc Vaughan, Jr., appeals the district court's order granting Defendants' motion to dismiss Vaughan's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Vaughan v. Renner*, No. 1:22-cv-01673-LKG (D. Md. Nov. 9, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*